Entered on Docket
June 19, 2012
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors

**The following constitutes the order of the court. Signed June 18, 2012**

M. Elaine Hammond

**M. Elaine Hammond**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:**<br><br>**CHARLES EUGENE FRANKLIN and BARBARA ANN FRANKLIN,**<br><br>**Debtors.** | **Case No. 08-44782 MEH**<br><br>**Chapter 13**<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**<br><br>**Judge M. Elaine Hammond**<br>**Date: June 14, 2012**<br>**Time: 9:30 a.m.**<br>**Ctrm: 215**<br><br>**Northern District of California – Oakland Division**<br>**United States Bankruptcy Court**<br>**1300 Clay Street**<br>**Oakland, CA 94612** |

Counsel's motion having come before the court at the above-captioned time and place, appearances having been noted on the record and good causing appearing,

**IT IS HEREBY ORDERED THAT:**

The Law Offices of Patrick L. Forte's request to withdraw as counsel of record is granted.

*** END OF ORDER ***

COURT SERVICE LIST

Attn: Charles & Barbara Franklin
219 2nd Street
Rodeo, CA 94572

Attn: Charles Franklin
C/o Barbara Franklin
219 2nd Street
Rodeo, CA 94572